**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOSEPHINE RUSSO, individually and on behalf of all others similarly situated

    Plaintiff(s),

vs.

EFFORTLESS OFFICE ENTERPRISES, LLC,

    Defendant(s).

Case # 2:25-cv-01145-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Samuel J. Strauss_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Strauss Borrelli PLLC,
(firm name)

with offices at _____980 N Michigan Ave., Suite 1610_____,
(street address)

__Chicago__, __Illinois__, __60611__,
(city)     (state)     (zip code)

__(872) 263-1100__, __sam@straussborrelli.com__.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff Josephine Russo_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __12/3/2013__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Washington__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Illinois, State Bar of Washington, State Bar of Wisconsin

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Illinois____ )
COUNTY OF ____Cook____ )

____Samuel J. Strauss____ Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__10__ day of __July__, __2025__.

__Elizabeth Hope Adell__
Notary Public or Clerk of Court

**OFFICIAL SEAL**
**ELIZABETH HOPE ADELL**
Notary Public, State of Illinois
Commission No 999601
My Commission Expires November 6, 2028

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Nathan R. Ring____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3100 W. Charleston Boulevard, Suite 208____
(street address)

____Las Vegas____, ____Nevada____, ____89102____
(city)          (state)          (zip code)

____725 235-9750____, ____lasvegas@stranchlaw.com____
(area code + telephone number)   (Email address)

4

Rev. 5/16

OFFICIAL SEAL
ELIZABETH HOPE ADELL
Notary Public, State of Illinois
Commission No. 305821
My Commission Expires November 6, 2026

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.
4
5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**
6
7  The undersigned party(ies) appoint(s) _____Nathan R ing_____ as
                                              (name of local counsel)
8  his/her/their Designated R esidentNevada Counsel in this case.
9
10  _Josephine Russo_____
    (party's signature)
11
    JOSEPHINE R USSO,Plaintiff
12  (type or print party name, title)
13
    _____
14  (party's signature)
15
    _____
16  (type or print party name, title)
17
                      **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18
19
                    _Nathan R i ng_____
20                  Designated R esidentNevada Counsel's signature
                    _12078_____    lasvegas@stranchlaw.com
21                  Bar number       Email address
22
23
   APPR OVED:
24
   Dated: this __14__ day of July, 2025.
25
   _____
26
   United States District Court Judge
27
28
                                5                              Rev. 5/16

Admissions – S. Strauss

## STATE COURTS

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| State of Washington | 46971 | 12/3/2013 | Yes |
| State of Wisconsin | 1113942 | 2/22/2018 | Yes |
| State of Illinois | 6340331 | 4/5/2022 | Yes |

## FEDERAL COURTS

| Court | Admission Date | In Good Standing? |
|---|---|---|
| U.S.D.C., Western District of Washington | 8/8/2014 | Yes |
| U.S.D.C., Eastern District of Washington | 2/1/2017 | Yes |
| U.S.D.C., Western District of Wisconsin | 11/14/2018 | Yes |
| U.S.D.C., Eastern District of Wisconsin | 8/13/2019 | Yes |
| U.S.D.C., Northern District of Illinois | 4/9/2021 | Yes |
| U.S. Court of Appeals, 9th Circuit | 8/18/2021 | Yes |
| U.S.D.C., Eastern District of Michigan | 10/27/2021 | Yes |

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Samuel J. Strauss

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 04/05/2022 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of June, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 46971 |
| OF | ) | **CERTIFICATE** |
| SAMUEL JOSEPH STRAUSS | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**SAMUEL JOSEPH STRAUSS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on December 3, 2013, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 2nd day of July, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court



Samuel A. Christensen
Clerk

**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

**SAMUEL J. STRAUSS**

was admitted to practice as an attorney within this state on February 22, 2018 and is presently in good standing in this court.

Dated: July 2, 2025

SHEELAH GUILD
Chief Deputy Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing